O

# United States District Court
# Central District of California

| | |
|---|---|
| ROBERT JAFFEE; BARBARA JAFFEE,<br><br>Plaintiffs,<br><br>v.<br><br>RUDOLPH CARRYL aka RUDY CARRYL; CARRYL CAPITAL MANAGEMENT, LLC; and DOES 1-20, inclusive,<br><br>Defendants. | Case № 2:15-cv-00113-ODW (ASx)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND [17] AND SETTING ORDER TO SHOW CAUSE** |

On December 22, 2015, Plaintiffs Robert Jaffee and Barbara Jaffee moved for leave to file a First Amended Complaint, proposing to add several new defendants and claims to this action. (ECF No. 17.) The Motion is set for hearing on January 25, 2015. To date, no parties have appeared in the action, and no opposition to the Motion has been timely filed. *See* C.D. Cal. L.R. 7-9, 7-12.

After carefully considering the moving papers, the Court deems the matter appropriate for decision without oral argument. Fed. R. Civ. P. 78(b); C.D. Cal. L.R. 7-15. Based on the moving papers, Plaintiffs have shown good cause to amend the complaint pursuant to Rule 15(a)(2) and *Foman v. Davis*, 371 U.S. 178 (1962). Thus, the Court **GRANTS** Plaintiffs' Motion. (ECF No. 17.) Plaintiffs shall file their First Amended Complaint as a stand-alone document within fourteen days of this Order.

C.D. Cal. L.R. 15-1.

The Court also orders Plaintiffs to show cause, in writing, no later than **February 8, 2016**, why Defendants have not been served with the First Amended Complaint. No hearing will be held. The Court will discharge this order upon the filing of a proof of service of summons as to each defendant named in this action.

**IT IS SO ORDERED.**

January 6, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**