# United States District Court
# Central District of California

| | |
|---|---|
| ROBERT JAFFEE; BARBARA JAFFEE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>RUDOLPH CARRYL aka RUDY CARRYL; CARRYL CAPITAL MANAGEMENT, LLC; and DOES 1-20, inclusive,<br><br>　　　　Defendants. | Case № 2:15-cv-00113-ODW (ASx)<br><br>**ORDER CONTINUING ORDER TO SHOW CAUSE** |

Based on Plaintiffs' Status report (ECF No. 32), the Court hereby **CONTINUES** the date by which Plaintiffs must show cause as to why Defendants have not been served with the First Amended Complaint to **April 8, 2016**. No hearing will be held. The Court will discharge this order upon the filing of a proof of service of summons as to each defendant named in this action.

**IT IS SO ORDERED.**

March 8, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**