# United States District Court
# Central District of California

| | |
|---|---|
| ROBERT JAFFEE; BARBARA JAFFEE,<br><br>  Plaintiffs,<br><br>  v.<br><br>RUDOLPH CARRYL aka RUDY CARRYL; CARRYL CAPITAL MANAGEMENT, LLC; and DOES 1-20, inclusive,<br><br>  Defendants. | Case № 2:15-cv-00113-ODW (ASx)<br><br>**ORDER CONTINUING ORDER TO SHOW CAUSE** |

Based on Plaintiffs' Status report (ECF No. 62), the Court hereby **CONTINUES** the date by which Plaintiffs must show cause as to why Defendants have not been served with the First Amended Complaint to **May 31, 2016**. No hearing will be held. The Court will discharge this order upon the filing of a proof of service of summons as to each defendant named in this action.

**IT IS SO ORDERED.**

April 11, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**