O

# United States District Court
# Central District of California

| | |
|---|---|
| ROBERT JAFFEE and BARBARA JAFFEE,<br><br>Plaintiffs,<br><br>v.<br><br>RUDOLPH CARRYL aka RUDY CARRYL, *et al.*<br><br>Defendants. | Case № 2:15-CV-00113-ODW (ASx)<br><br>**ORDER DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT [86]** |

    On June 7, 2016, Defendant Thomas Au moved to dismiss Plaintiff's First Amended Complaint. (ECF No. 86.) On June 27, 2016, the Court granted in part and denied in part Defendants Oppenheimer & Co., Inc. and Freedom Investments, Inc.'s Motion to Dismiss Plaintiffs' First Amended Complaint. (ECF No. 89.) The Court granted Plaintiffs leave to file a Second Amended Complaint within 14 days. (*Id.*) "[W]hen an amended complaint is filed while a motion to dismiss is pending, it generally moots the motion to dismiss." *Williamson v. Sacramento Mortgage, Inc.*, No. CIV. S-10-2600 KJM, 2011 WL 4591098, at *1 (E.D. Cal. Sept. 30, 2011). Thus, the Court **DENIES AS MOOT** and without prejudice Defendant Au's Motion to

Dismiss. (ECF No. 86.) Defendant Au may refile his motion as appropriate in response to Plaintiffs' Second Amended Complaint.

**IT IS SO ORDERED.**

June 27, 2016

_____
          **OTIS D. WRIGHT, II**
    **UNITED STATES DISTRICT JUDGE**